HENRY W. Box et al., Respondents, *v.* JOHN H. COSTELLO, Appellant.

*Box* v. *Costello*, 9 Misc. Rep. 726, affirmed.
(Argued April 23, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered July 3, 1894, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court, a jury trial having been waived.

*Geo. W. Cothran* for appellant.

*John G. Milburn* and *Jesse H. Behrends* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.